**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DONALD LEWIS;                                                                    PLAINTIFFS
and ROXANN LEWIS

v.                                  NO. 4:13CV00212 JLH

CLARKSVILLE SCHOOL DISTRICT                               DEFENDANT

**ORDER**

The bench trial of this matter is hereby rescheduled for sometime during the week of **DECEMBER 14, 2015, at 9:15 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 24th of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE